# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TERRIUS RESHAWN BROWN

NO. 2022 KW 0590

**SEPTEMBER 8, 2022**

---

In Re:    Terrius Reshawn Brown, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-21-04277.

---

**BEFORE:    WELCH, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.**

**JEW**
**AHP**

**Lanier, J.,** dissents and would grant the writ application.

COURT OF APPEAL, FIRST CIRCUIT

ᖯ.Sᴍ
_____
DEPUTY CLERK OF COURT
FOR THE COURT